

# Fourth Court of Appeals
## San Antonio, Texas

Wednesday, January 28, 2015

No. 04-15-00027-CR

Linda **MARTINEZ** a/k/a Linda Ramirez,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9653
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

In our January 21, 2015 order, we noted the trial court's certification in this appeal states that "this criminal case is a plea-bargain case, and the defendant has NO right of appeal." We suspended the appellate deadlines and ordered Appellant to file "a certification that shows the defendant has a right of appeal." TEX. R. APP. P. 25.2(d); *see Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

On January 26, 2015, the Bexar County District Clerk filed a supplemental clerk's record containing an order from the trial court granting Appellant's request for permission to appeal.

We REINSTATE the appellate deadlines. The reporter's record is due February 25, 2015. *See* TEX. R. APP. P. 35.1(a) (deadline after motion for new trial).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2015.

Keith E. Hottle
Clerk of Court